**Order entered August 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01450-CV

**THEODIST R. THOMAS, Appellant**

**V.**

**C & C RESIDENTIAL PROPERTIES, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06257-C**

## ORDER

Before the Court is appellant's July 31, 2018 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 31, 2018**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE